# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129136

JO ANN COOPER-REID,
      Plaintiff-Appellee,

v

STATE OF MICHIGAN (THIRD
JUDICIAL CIRCUIT),
      Defendant-Appellant.

SC: 129136
COA: 260962
Wayne CC: 02-229903-CZ

_____/

On order of the Court, the application for leave to appeal the April 22, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

KELLY, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

_____
Clerk

d0315